IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRADLEY R. TURNER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1351-C |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on April 21, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted, the Motion to Dismiss of Defendants Ferguson, Lingo, Parker, Yates, and Pierson, is granted. Because the same reasoning applies to the Defendants who did not join the motion, the entire action is dismissed, without prejudice. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 24th day of May, 2005.

ROBIN J. CAUTHRON
United States District Judge